1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10

11  DUPREE PIERRE BARBER,                Case No. 2:23-cv-03865-FLA (DFM)
12                       Plaintiff,
                                         **ORDER ACCEPTING REPORT AND**
13             v.                        **RECOMMENDATION OF UNITED**
                                         **STATES MAGISTRATE JUDGE**
14                                       **[DKT. 40] GRANTING**
    M. PORTER, *et al.*,                 **DEFENDANT'S MOTION FOR**
15                                       **SUMMARY JUDGMENT [DKT. 37]**
                         Defendants.     **AND DISMISSING ACTION WITH**
16                                       **PREJUDICE**
17
18
19
20
21
22
23
24
25
26
27
28

                                    1

1  Pursuant to 28 U.S.C. § 636, the court has reviewed the pleadings and all the
2  records and files herein, along with the Report and Recommendation (Dkt. 40,
3  "Report and Recommendation") of the assigned United States Magistrate Judge. No
4  objections to the Report and Recommendation were filed, and the deadline for filing
5  such objections has passed. The court ACCEPTS the findings, conclusions, and
6  recommendations of the United States Magistrate Judge.
7  The court hereby ORDERS Judgment be entered, GRANTING Defendant M.
8  Porter's Motion for Summary Judgment, Dkt. 37, and DISMISSING the action with
9  prejudice.
10  IT IS SO ORDERED.

12  Dated: September 26, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge