**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUPREE PIERRE BARBER,<br><br>                    Plaintiff,<br><br>          v.<br><br>M. PORTER, *et al.*,<br><br>                    Defendants. | Case No. 2:23-cv-03865-FLA (DFM)<br><br>**JUDGMENT** |

1    Pursuant to the court's Order Accepting the Report and Recommendation of
2  United States Magistrate Judge, it is hereby ADJUDGED that Defendant M. Porter's
3  Motion for Summary Judgment is GRANTED and the case DISMISSED with
4  prejudice.
5    IT IS SO ORDERED.

7  Dated: September 26, 2025

   _____
   FERNANDO L. AENLLE-ROCHA
   United States District Judge